WHALEY v. MENU FOODS et al                                                                Doc. 2
WAWD CM/ECF Version 3.0.4 - Docket Report
Case 1:07-cv-03251-NLH-AMD    Document 2    Filed 07/16/2007    Page 1 of 5    Page 1 of 5

STAYED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00411-RSM
### Internal Use Only

Whaley v. Menu Foods et al
Assigned to: Hon. Ricardo S Martinez
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/19/2007
Jury Demand: None
Nature of Suit: 195 Contract Product
Liability
Jurisdiction: Diversity

**Plaintiff**

**Tom Whaley**
*individually and on behalf of all others*
*similarly situated*

represented by **Adam Karp**
ANIMAL LAW OFFICES
114 W MAGNOLIA STREET
STE 425
BELLINGHAM, WA 98225-4354
360-738-7273
Fax: 360-392-3936
Email: adam@animal-lawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael David Myers**
MYERS & COMPANY
1809 7TH AVE
STE 700
SEATTLE, WA 98101
206-398-1188
Fax: FAX 398-1189
Email: mmyers@myers-company.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods**
*a foreign corporation*

represented by **Jeffrey T Kestle**
GARDNER BOND TRABOLSI ST
LOUIS & CLEMENT
2200 6TH AVE
STE 600
SEATTLE, WA 98121
206-256-6309
Email: jkestle@gardnerbond.com
*ATTORNEY TO BE NOTICED*

Dockets.Justia.com

**Defendant**

**The Iams Company**                       represented by **Evan L Schwab**
*a foreign corporation*                                   DORSEY & WHITNEY LLP
                                                          1420 5TH AVE
                                                          STE 3400
                                                          SEATTLE, WA 98101
                                                          206-903-8800
                                                          Fax: FAX 903-8820
                                                          Email: schwab.evan@dorsey.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James E Howard**
                                                          DORSEY & WHITNEY (SEA)
                                                          1420 5TH AVE
                                                          STE 3400
                                                          SEATTLE, WA 98101
                                                          206-903-2390
                                                          Email: howard.james@Dorsey.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Dog Food Producers Numbers 1-50**

**Defendant**

**Cat Food Producers 1-40**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2007 | 1 | CLASS ACTION COMPLAINT against defendant(s) Menu Foods, The Iams Company, Dog Food Producers Numbers 1-50, Cat Food Producers 1-40 (Summons(es) issued)(Receipt #: SEA8079), filed by Tom Whaley. (Attachments: # 1 Civil Cover Sheet)(DJ) Modified on 3/21/2007 (DJ). (Entered: 03/21/2007) |
| 03/21/2007 | | (Court only) **NON-PUBLIC** ***Staff notes: Preassignment of Judge Theiler in the event of consent. (DJ) (Entered: 03/21/2007) |
| 03/28/2007 | 2 | NOTICE/MOTION for transfer and coordination or consolidation before MDL Panel ; filed by Plaintiff Tom Whaley. (Attachments: # 1 2nd part of motion/notice)(RS, ) (Entered: 03/29/2007) |
| 03/29/2007 | 3 | NOTICE of Association of Attorney by Michael David Myers on behalf of Plaintiff Tom Whaley. (Myers, Michael) (Entered: 03/29/2007) |
| 03/30/2007 | | (Court only) ***Attorney Adam Karp for Tom Whaley added. (KN, ) (Entered: 03/30/2007) |
| 04/03/2007 | 4 | NOTICE OF MOTION FILED WITH THE MDL PANEL RE FLORIDA PLAINTIFF CHRISTINA TROIANO'S MOTION TO |

|  |  |  |
|---|---|---|
|  |  | TRANSFER AND COORDINATE OR CONSOLIDATE ACTIONS (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit) (RS, ) (Entered: 04/04/2007) |
| 04/06/2007 | 5 | NOTICE/JOINT MOTION of plaintiffs Jayme Pittsonberger, David Carter and Jim Bullock for transfer and coordination re MDL 1850 in re Pet Foods Product. Motion filed before MDL Panel.(RS, ) (Entered: 04/10/2007) |
| 04/09/2007 | 7 | FIRST NOTICE of potential tag along actions in re Pet Food Products MDL 1850 filed by movant Sexton (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(RS, ) (Entered: 04/12/2007) |
| 04/10/2007 | 6 | Letter from Christine Fox addressed to Mr. Luthi requesting that their motion papers be filed as an interested party response re MDL 1850. (RS, ) (Entered: 04/11/2007) |
| 04/13/2007 | 8 | NOTICE/RESPONSE TO MDL PANEL of plaintiffs Jared Workman, Mark and Mona Cohen, and Peggy Schneider in response to all 3 motions for transfer and centralization of all Pet Food Products Liability Litigation(RS, ) (Entered: 04/17/2007) |
| 04/18/2007 | 9 | MOTION to Stay *All Proceedings* by Defendant Menu Foods. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit)(Kestle, Jeffrey) (Entered: 04/18/2007) |
| 04/18/2007 | 10 | PROPOSED ORDER (Unsigned) re 9 MOTION to Stay *All Proceedings*. (Kestle, Jeffrey) (Entered: 04/18/2007) |
| 04/18/2007 | 11 | CERTIFICATE OF SERVICE by Defendant Menu Foods re 9 MOTION to Stay *All Proceedings*. (Kestle, Jeffrey) (Entered: 04/18/2007) |
| 04/19/2007 | 12 | NOTICE/memorandum of plaintiffs whaley et al in opposition to motions for transfer and consolidation of related actions submitted by plaintiffs sexton and troiano (RS, ) (Entered: 04/20/2007) |
| 04/23/2007 | 13 | NOTICE\RESPONSE TO MDL PANEL REGARDING MDL 1850 OF PLAINTIFF SHIRLEY SEXTON TO PLAINTIFF TROIANO AND WASHINGTON PLAINTIFFS" MOTIONS FOR TRANSFER AND COORDINATION OR CONSOLIDATION(RS, ) (Entered: 04/24/2007) |
| 04/27/2007 | 14 | NOTICE/RESPONSE TO MDL PANEL REGARDING MDL 1850 OF PLAINTIFFS TO MOTION FOR TRANSFER AND CONSOLIDATION AND REQUEST FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS TO THE WESTERN DISTRICT OF ARKANSAS (RS, ) (Entered: 05/01/2007) |
| 04/30/2007 | 15 | NOTICE to MDL Panel by Attorney Bruce Newman Re: Service List (TS, ) (Entered: 05/01/2007) |
| 05/03/2007 | 16 | NOTICE OF APPEARANCE/MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA AND FOR CONSOLIDATED OR COORDINATED |

| | | |
|---|---|---|
| | | PRETRIAL PROCEEDINGS PURSUANT TO 28 USC 1407 filed by Plaintiffs(TS, ) Additional attachment(s) added on 5/4/2007 (TS, ). (Entered: 05/04/2007) |
| 05/04/2007 | 17 | STIPULATION AND PROPOSED ORDER *STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE* by parties. (Attachments: # 1 Certificate of Service)(Kestle, Jeffrey) (Entered: 05/04/2007) |
| 05/04/2007 | 18 | MINUTR ORDER STAYING CASE pending a decision by the MDL Panel by Judge Ricardo S Martinez. (RS, ) (Entered: 05/07/2007) |
| 05/07/2007 | 22 | LETTER RE MOTION FOR TRANSFER/ NOTICE OF APPEARANCE /PLAINTIFFS" NOTICE OF JOINDER AND JOINDER IN MOTION FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA AND FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U. S. C. 1407(TS, ) (Entered: 05/09/2007) |
| 05/08/2007 | 19 | NOTICE of Appearance by attorney James E Howard on behalf of Defendant The Iams Company. (Howard, James) (Entered: 05/08/2007) |
| 05/08/2007 | 20 | NOTICE of Joinder JOINING 9 MOTION to Stay *All Proceedings*, by Defendant The Iams Company. (Howard, James) (Entered: 05/08/2007) |
| 05/08/2007 | 21 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. (Howard, James) (Entered: 05/08/2007) |
| 05/08/2007 | | (Court only) ***Attorney Evan L Schwab for The Iams Company added. (ECS, ) (Entered: 05/09/2007) |
| 05/09/2007 | 23 | STIPULATION AND ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE by Judge Ricardo S Martinez. (RS, ) (Entered: 05/10/2007) |
| 05/09/2007 | | (Court only) ***Motion terminated: 9 MOTION to Stay *All Proceedings* filed by Menu Foods per dkt. 23. (MKB) (Entered: 05/18/2007) |
| 05/14/2007 | 24 | NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT re MDL 1850(RS, ) (Entered: 05/15/2007) |
| 05/16/2007 | 25 | NOTICE OF APPEARANCE AND NOTICE OF PRESENTATION OF ORAL ARGUMENT/MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF OHIO PURSUANT TO 28 USC 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS AND BRIEF IN SUPPORT OF PLAINTIFFS' MOTION, filed by Plaintiffs'(TS, ) (Entered: 05/17/2007) |
| 05/21/2007 | 26 | NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT re MDL 1850 (TS, ) (Entered: 05/22/2007) |
| 06/25/2007 | 27 | NOTICE from MDL Panel with copy of Transfer Order(RS, ) (Entered: 06/27/2007) |
| 07/02/2007 | 28 | NOTICE from MDL Panel with copy of order re in re Pet Food Products |

| | | MDL 1850(RS, ) (Entered: 07/03/2007) |
|---|---|---|